July 19, 1976.

M. P. No. 76-282. LEWIS B. BISCHOFF, *et al.* v. DEEB G. SARKAS, *in his capacity as Liquor Control Administrator.* This matter came on to be heard on the petitioners' prayer for an ex parte stay of the issuance of a liquor license pending a determination by this court as to whether the writ of certiorari will issue. The prayer for a stay is denied. A conference relative to the issuance of a stay was attended

by attorneys for all interested parties. The applicant was informed that should it see fit to take advantage of its license, it ran the risk that a stay might be issued when this matter is considered by the entire court at its August 5, 1976, conference. *Archibald B. Kenyon, Jr.,* Town Solicitor, *Kenyon & Aukerman,* for petitioners. Office of the Attorney General, *Julius C. Michaelson,* Atty. Gen., *Forrest Avila,* Spec. Asst. Atty. Gen., for respondent.